## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jasiak Jr, Francis  J | Case Number:  06 B 08754 |
| | Judge:  Squires, John H |
| Printed:  9/4/07 | Filed:  7/21/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Completed:  August 9, 2007

Confirmed:  December 13, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 27,842.62 | |
| Secured: | | 0.00 |
| Unsecured: | | 7,647.91 |
| Priority: | | 0.00 |
| Administrative: | | 2,474.00 |
| Trustee Fee: | | 532.41 |
| Other Funds: | | 17,188.30 |
| Totals: | 27,842.62 | 27,842.62 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,474.00 | 2,474.00 |
| 2. | Freemont Investment | Secured | 0.00 | 0.00 |
| 3. | Freemont Investment | Secured | 17,507.27 | 0.00 |
| 4. | Capital One | Unsecured | 232.61 | 232.61 |
| 5. | Capital One | Unsecured | 2,945.37 | 2,945.37 |
| 6. | American Express | Unsecured | 4,001.83 | 4,001.83 |
| 7. | GE Money Bank | Unsecured | 468.10 | 468.10 |
| 8. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 9. | Merchants | Unsecured | | No Claim Filed |
| 10. | Debt Credit | Unsecured | | No Claim Filed |
| 11. | Merchants | Unsecured | | No Claim Filed |
| 12. | Aspen Acceptance | Unsecured | | No Claim Filed |
| 13. | Merchants | Unsecured | | No Claim Filed |
| 14. | Internal Revenue Service | Unsecured | | No Claim Filed |
| | | | $ 27,629.18 | $ 10,121.91 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 343.47 |
| 5.4% | 188.94 |
| | $ 532.41 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Jasiak Jr, Francis  J                           Case Number:  06 B 08754

                                                            Judge:  Squires, John H

         Printed:  9/4/07                                   Filed:  7/21/06


Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley*